377 A.2d 993

Commonwealth ex rel. Wien v. Wien, Appellant.

Argued June 20, 1977.

Steven M. Dranoff, with him Dranoff & Shaw, for appellant; Stephen R. Basser, with him Martin B. Pitkow, for appellee.

Order affirmed.

377 A.2d 993

Commonwealth ex rel. Witmer v. DeVerter, Appellant.

Argued June 15, 1977.

Michael A. Georgelis, with him West & Georgelis, for appellant; Penn B. Glazier, with him Glazier, Minney, Mecum & Kohr, for appellee.

Order affirmed.